# SCIARRA CATRAMBONE
# CURRAN & GRAY, LLC
Attorneys at Law

Partners
Charles J. Sciarra*
Jeffrey D. Catrambone*
Matthew R. Curran
Christopher A. Gray#

Of Counsel
Deborah Masker Edwards*

Associate
Frank C. Cioffi
Michael Katz

\* Admitted NJ & NY Bars
\# Admitted NJ & PA Bars

February 24, 2026

*via ECF*
Honorable Andre M. Espinosa, U.M.D.J.
United States District Court
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street - Courtroom 2D
Newark, NJ 07102

     Re:    Jersey City Police Superior Officers Assoc. v. City of Jersey City et al.
              Civil Action # 24-8188 (JXN) (AME)

Dear Magistrate Judge Espinosa:

The undersigned represents Plaintiffs. I have conferred with defense counsel and we respectfully request that the Court accept this letter as the parties' joint status report to the Court regarding discovery. It is our understanding that a telephonic status conference is scheduled for this Monday, March 2, 2026 at 10:00am.

As the Court will recall, the Rule 16 conference was conducted on November 14, 2025. Per the Court's instruction prior thereto, on November 11, 2025, we submitted a proposed joint discovery plan. To our knowledge the Court has not yet filed same. Nonetheless, in accordance with the dates therein, Plaintiffs made initial Rule 26 disclosures on December 5, 2025 and served initial written discovery demands on December 29, 2025.

As Defendants had not served Rule 26 disclosures nor discovery demands or responses, on February 12, 2026 I communicated with defense counsel by way of letter and phone conversation to discuss the status of discovery. Counsel advised that because James Solomon was sworn in as the new Mayor on January 15, 2026 and Corporation Counsel's first day was January 27, 2026, the resources of the City's Law Department have

---

1130 Clifton Ave
Clifton, NJ 07013
973-242-2442

www.SciarraLaw.com
f.973-242-3118

2057 Briggs Road, Suite 201
Mount Laurel, NJ 08054
856-888-7066

Honorable Andre M. Espinosa, U.M.D.J.
February 24, 2026
Page **2** of **2**

been primarily dedicated to facilitating the transition of the new administration. Additionally, counsel for the City was home with the flu at the end of January. Subsequent to our communications, Defendants served Rule 26 disclosures on February 14, 2026 and document demands on February 16, 2026.

While the Defendant City has not specifically responded to Plaintiffs' discovery demands, defense counsel advises that approximately 90% of the City's responses were previously produced to Plaintiffs through their OPRA request. Counsel further advises that the City is in the process of preparing the balance of discovery responses and awaits Plaintiffs' response to the City's document demands. Lastly, defense counsel recently inquired about a settlement demand from Plaintiffs. We will discuss same with our client and advise.

Based upon the above, the parties respectfully request that the discovery plan be modified to allow for additional time for the parties to produce written discovery responses and documents. We look forwarding to discussing this matter with Your Honor this Monday, March 2nd at 10am.

We thank the Court for its attention and courtesies.

Respectfully submitted,
**Sciarra Catrambone Curran & Gray, LLC**
*Attorneys for Plaintiffs*
By:    /s/ Jeffrey D. Catrambone

JDC/j

cc:    counsel of record (*via ECF*)