Sciarra Catrambone Curran & Gray, LLC
Jeffrey D. Catrambone
jcatrambone@sciarralaw.com
1130 Clifton Avenue
Clifton, New Jersey 07013
(973) 242-2442
(973) 242-3118 [Facsimile]
*Attorneys for Plaintiffs*

|  |  |
|---|---|
| JERSEY CITY POLICE SUPERIOR OFFICERS ASSOCIATION, PAWEL WOJTOWICZ & JOHN FRIEND,<br>   *Plaintiffs*,<br><br>v.<br><br>CITY OF JERSEY CITY & CHRISTINE GOODMAN, individually and in her official capacity as Director of the City of Jersey City's Office of Cultural Affairs, & JOHN & JANE DOES 1-10,<br>   *Defendants*. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY, NEWARK VICINAGE<br><br>Civil Action No. 2:24-cv-8188 (JXN)(AME) _____<br><br><br>**ORDER SETTING FORTH DISCOVERY DEADLINES** |

**THIS MATTER** having been the subject of the Court's Text Order on March 4, 2026, and the parties having conferred and agreed upon the discovery deadline dates below, it is hereby

**ORDERED** as follows:

1. The parties are to exchange initial Rule 26 disclosures by (*n/a – previously done*).

**2.**     In addition to the written discovery demands previously served by the parties, Defendants may serve interrogatories by <u>March 31, 2026</u>.

**3.**     The parties are to produce responses to written discovery demands by <u>May 8, 2026</u>.

**4.**     Motions to amend a pleading or add a party are to be filed by <u>May 15, 2026</u>.

**5.**     Fact discovery is to be completed by <u>September 15, 2026</u>.

**6.**     The parties are to serve affirmative expert report[s] by <u>October 15, 2026</u>.

**7.**     The parties are to serve responsive expert report[s] by <u>December 1, 2026</u>.

**8.**     Expert depositions are to be completed by <u>December 23, 2026</u>.

_____

**Hon. Andre M. Espinosa, U.S.M.J.**

2